Denis J. Moriarty (Bar No. 106064)
*dmoriarty@hbblaw.com*
Gary L. LaHendro (Bar No. 169033)
*glahendro@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Defendants, LLOYD'S OF LONDON NEWLINE SYNDICATE 1218; NEWLINE UNDERWRITING MANAGEMENT LIMITED and NEWLINE CORPORATE NAME LIMITED (UK)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASSERTIO THERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LLOYD'S OF LONDON NEWLINE SYNDICATE 1218; NEWLINE UNDERWRITING MANAGEMENT LIMITED; and NEWLINE CORPORATE NAME LIMITED (UK),<br><br>Defendants. | Case No. 3:21-cv-06642-TSH<br><br>**NEWLINE DEFENDANTS' REQUEST TO APPEAR AT THE INITIAL CASE MANAGEMENT CONFERENCE REMOTELY; [PROPOSED] ORDER**<br><br>Date: December 2, 2021<br>Time: 10:00 a.m.<br>Dept.: Courtroom G, 15th Floor<br><br>Judge: United States Magistrate Judge Thomas Hixson<br><br>Trial Date; Not Set<br>Action Filed: July 16, 2021<br>Action Removed: August 27. 2021 |

TO THE ABOVE-ENTITLED COURT, AND TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

Pursuant to the United States District Court for the Northern District of California's Local Rule 16.10(a), Defendants, LLOYD'S OF LONDON NEWLINE SYNDICATE 1218, NEWLINE UNDERWRITING MANAGEMENT LIMITED



Haight

and NEWLINE CORPORATE NAME LIMITED (UK) request the Court's permission to attend the Initial Case Management Conference, scheduled for December 2, 2021, at 10:00 a.m., remotely by way of video conference.

Dated: November 24, 2021

HAIGHT BROWN & BONESTEEL LLP

By: ______________________

Denis J. Moriarty
Gary L. LaHendro
Attorneys for Defendants, LLOYD'S OF LONDON NEWLINE SYNDICATE 1218; NEWLINE UNDERWRITING MANAGEMENT LIMITED and NEWLINE CORPORATE NAME LIMITED (UK)

Haight