**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASSERTIO THERAPEUTICS, INC.,<br>Plaintiff,<br>v.<br>LLOYD'S OF LONDON NEWLINE SYNDICATE 1218; NEWLINE UNDERWRITING MANAGEMENT LIMITED; and NEWLINE CORPORATE NAME LIMITED (UK),<br>Defendants. | Case No. 3:21-cv-06642-TSH<br>**[PROPOSED] ORDER RE NEWLINE DEFENDANTS' REQUEST TO APPEAR AT THE INITIAL CASE MANAGEMENT CONFERENCE REMOTELY**<br>Date: December 2, 2021<br>Time: 10:00 a.m.<br>Dept.: Courtroom G, 15th Floor<br>Judge: United States Magistrate Judge Thomas Hixson<br>Trial Date; Not Set<br>Action Filed: July 16, 2021<br>Action Removed: August 27, 2021 |

Defendants', LLOYD'S OF LONDON NEWLINE SYNDICATE 1218, NEWLINE UNDERWRITING MANAGEMENT LIMITED and NEWLINE CORPORATE NAME LIMITED (UK), request for permission to attend the Initial Case Management Conference, scheduled for December 2, 2021, at 10:00 a.m., remotely by way of video conference is hereby granted.

DATED: ___________

_______________________________

United States District/Magistrate Judge